IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURTROOM MINUTES - CRIMINAL |
| Plaintiff, | BEFORE: DOUGLAS L. MICKO |
| | U.S. Magistrate Judge |
| v. | Case No: 26-mj-23 DLM *SEALED* |
| | Date: January 16, 2026 |
| Alfredo Alejandro Aljorna (1), | Courthouse: St. Paul |
| | Courtroom: 6B |
| Defendant. | Time Commenced: 2:22 p.m. |
| | Time Concluded: 2:28 p.m. |
| | Time in Court: 6 minutes |

APPEARANCES:

Plaintiff: Jeanne Semivan, Assistant U.S. Attorney
Defendant: Kate Adams, Assistant Federal Defender
  X FPD     X To be appointed

Interpreter/Language: Marianne McEvoy/Spanish

Date Charges Filed: January 16, 2026

Offense: did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person, namely Victim 1, a Deportation Officer of the United States Immigration and Customs Enforcement, who was engaged in, and on account of, the performance of official duties, and such acts involved physical contact with Victim 1.

X Advised of Rights

on    X Complaint

X Government moves for a detention hearing.     X Granted.
X The Court finds detention hearing authorized, temporary detention ordered.

Next appearance date is Wednesday, January 21, 2026 at 9:00 a.m. before U.S. Magistrate Judge Douglas L. Micko in Courtroom 6B (STP) for:
  X Detention hrg     X Preliminary hrg

X The case will remain under sealed until January 20, 2026 at 12:00 p.m. unless an additional motion to seal is filed by the Government.

Additional Information:
X Oral Rule5(f) Brady notice read on the record.
X Consular notice read on the record.

*s/nah*
Signature of Courtroom Deputy