IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **COURT MINUTES - CRIMINAL** |
| ) | BEFORE: DOUGLAS L. MICKO |
| Plaintiff, ) | U.S. Magistrate Judge |
| ) | |
| v. ) | Case No: 26-mj-23 DLM |
| ) | Date: January 21, 2026 |
| Alfredo Alejandro Aljorna (1), ) | Court Reporter: Tim Willette |
| ) | Courthouse: St. Paul |
| Defendant. ) | Courtroom: 6B |
| ) | Time Commenced: 9:09 a.m. / 10:34 a.m. |
| ) | Time Concluded: 9:50 a.m. / 10:44 a.m. |
| ) | Time in Court: 51 minutes |

X **PRELIMINARY HEARING**       X **DETENTION HEARING**

Time in Court Prelim/Detention: 41 minutes/10 minutes

# APPEARANCES:

Plaintiff: Syngen Kanassatega, Assistant U.S. Attorney
Defendant: Fred Goetz
      X CJA

Interpreters/Language: Marianne McEvoy and Esperanza Lopez-Dominguez/Spanish

On    X Complaint

X Probable cause found. Defendant bound over to District Court of Minnesota.

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

X Government moves to STAY the Order.    X Granted.
X The Government has until 12:00 p.m. on January 22, 2026 to file an appeal. If the Government does not file an appeal by that date and time, the conditions imposed will go into effect.
X The defendant will remain in U.S. Marshal custody pending the outcome of the stay.


Additional Information:
Terry Getsch testified.


                                                                                     *s/nah*
                                                                    Signature of Courtroom Deputy