UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 26-mj-23 (PAM/DLM) |
| Plaintiff, | |
| v. | **ORDER** |
| Alfredo Alejandro Aljorna and Julio Cesar Sosa-Celis, | |
| Defendants. | |

This matter is before the Court on Defendant Alfredo Alejandro Aljorna and Defendant Julio Cesar Sosa-Celis's Motions to Prohibit Deportation or Removal of Material Witnesses. (Docket Nos. 36, 37.) As ordered at the hearing on February 3, 2026, the Court grants the Motions.

Accordingly, **IT IS HEREBY ORDERED that**:

1. Defendants' Motions (Docket Nos. 36, 37) are **GRANTED**; and

2. The United States Government, and all agencies thereof including the Department of Homeland Security, shall not deport or remove from the United States the below individuals until the conclusion of all proceedings in this case. The witnesses were present within the SUBJECT RESIDENCE, the apartment building located at 6xx North 24th Avenue, Minneapolis, MN 55411, at the time of the subject incident described in the Affidavit in Support of Criminal Complaint (Docket No. 1-1).

2

    a.    Defendant Alfredo Alejandro Aljorna;

    b.    Defendant Julio Cesar Sosa-Celis;

    c.    Witness V.T.M.;

    d.    Witness I.M.C.; and

    e.    Witness G.A.H.L.

Dated: February 4, 2026

s/ *Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge