IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

## MOTION TO REVOKE ORDERS OF RELEASE HEARING

| | |
|---|---|
| **ALFONZO JONES**, | ) **COURT MINUTES** |
| **Plaintiff,** | ) BEFORE: The Hon. Paul A. Magnuson |
| v. | ) U.S. District Judge |
| **ALFREDO ALEJANDRO ALJORNA (1),** | ) Case No: 26-mj-23 (PAM/DLM) |
| **JULIO CESAR SOSA-CELIS (2),** | ) Date: February 3, 2026 |
| **Defendant** | ) Court Reporter: Erin Drost |
| | ) Courthouse: Saint Paul |
| | ) Courtroom: 7D |
| | ) Time Commenced: 11:03 a.m. |
| | ) Time Concluded: 11:48 a.m. |
| | ) Time in Court: 45 minutes |

**APPEARANCES:**

**For Plaintiff:**
Syngen Kanassatega        DOJ-USAO                                612-664-5600

**For Defendants:**
Frederick Goetz           Goetz & Eckland PA                      612-874-1552
Robin M Wolpert           Sapientia Law Group PLLC                612-756-7100

**Interpreter:** Esperanza Lopez-Dominguez

## PROCEEDINGS:

- [X] The Government's Appeal and Motion to Revoke Orders of Release on Conditions (Docket No. 24) is denied.

- [X] Defendant Sola-Celis's conditions of release are amended to include GPS location monitoring.

- [X] Defendant Aljorna's Motion to Prohibit Deportation or Removal of Material Witnesses (Docket No. 36) is granted.

- [X] Defendant Sosa-Celis's Motion (Docket No. 37) joining in Mr. Aljorna's Motion (Docket No. 36) is granted.

- [X] Hearing record is sealed.

Dated: February 3, 2026                                   s/Nikki Scherek
                                                          Courtroom Deputy
                                                          To The Hon. Paul A. Magnuson