IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

## MOTION TO REVOKE ORDERS OF RELEASE HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALFREDO ALEJANDRO ALJORNA (1),<br>JULIO CESAR SOSA-CELIS (2),<br><br>　　　　Defendant | **SECOND AMENDED COURT MINUTES**<br><br>BEFORE:　The Hon. Paul A. Magnuson<br>　　　　　U.S. District Judge<br><br>Case No:　　　　　26-mj-23 (PAM/DLM)<br>Date:　　　　　　February 3, 2026<br>Court Reporter:　Erin Drost<br>Courthouse:　　　Saint Paul<br>Courtroom:　　　 7D<br>Time Commenced:　11:03 a.m.<br>Time Concluded:　11:48 a.m.<br>Time in Court:　　45 minutes |

**APPEARANCES:**

**For Plaintiff:**
Syngen Kanassatega　　　DOJ-USAO　　　　　　　　　　　　　　　612-664-5600

**For Defendants:**
Frederick Goetz　　　　　Goetz & Eckland PA　　　　　　　　　　612-874-1552
Robin M Wolpert　　　　　Sapientia Law Group PLLC　　　　　　　612-756-7100

**Interpreter:** Esperanza Lopez-Dominguez

**PROCEEDINGS:**

- [X] The Government's Appeal and Motion to Revoke Orders of Release on Conditions (Docket No. 24) is denied.

- [X] Defendant Sola-Celis's conditions of release are amended to include GPS location monitoring.

- [X] Defendant Aljorna's Motion to Prohibit Deportation or Removal of Material Witnesses (Docket No. 36) is granted.

- [X] Defendant Sosa-Celis's Motion (Docket No. 37) joining in Mr. Aljorna's Motion (Docket No. 36) is granted.

- [X] ~~Hearing record is sealed.~~ Deleted *(record does not need to be sealed)*


Dated: February 3, 2026　　　　　　　　　　　　　　　　　　　*s/Nikki Scherek*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　To The Hon. Paul A. Magnuson